

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Demetrius Troyill Smith, Appellant

No. 06-18-00159-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27572). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed as moot. Therefore, we dismiss the appeal as moot.

We note that the appellant, Demetrius Troyill Smith, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 29, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk